## Harry O. Owen, Appellant, v. Mathias Klein and Sons, Appellee.

Gen. No. 42,866.

Heard in the second division, first district, this court at the October term, 1943; opinion filed April 6, 1944. Sidney J. & Arthur Wolf, for appellant; Sidney J. Wolf, of counsel; Scott, MacLeish & Falk, for appellee; Walter S. Underwood and Wendell J. Brown, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.

## Novel Leon Reiger, Appellee, v. Walter Bruce, Appellant.

Gen. No. 42,971.

Heard in the second division, first district, this court at the February term, 1944; opinion filed April 6, 1944; rehearing denied April 20, 1944. C. Francis Stradford, for appellant; B. G. Clanton, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.